UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA TOWERS, INC. AND NORTHERN PCS SERVICES,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. LOUIS COUNTY, MINNESOTA,<br><br>Defendant. | CIV. NO.: 02-CV-782 (JRT/RLE)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL** |

The undersigned attorneys hereby advise the Court that all claims and counterclaims by all parties in the above-entitled cause of action have been fully compromised and settled.

THEREFORE:

IT IS HEREBY STIPULATED by and between all of the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED that without further notice the judgment of dismissal with prejudice and on the merits of all claims and counterclaims, without costs or disbursements to any of the parties, may be entered herein.

Dated: 8/8/02

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By [signature]
Lawrence A. Moloney (Attorney #165876)
Attorneys for Plaintiffs
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 8/13/02

ALAN L. MITCHELL
ST. LOUIS COUNTY ATTORNEY

By Jessica L. Stearle
Jessica Stearle (Attorney #300548)
Assistant County Attorney, Attorney for Defendant
100 North 5th Avenue West, #501
Duluth, MN 55802-1298
Telephone: (218) 726-2323

**ORDER OF DISMISSAL**

This matter came on before the Court upon the Stipulation between all parties hereto agreeing to the dismissal of the action with prejudice. Based upon that Stipulation and the other filings herein:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs or disbursements being awarded to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: Aug. 19, 2002

BY THE COURT:

John R. Tunheim
Judge John R. Tunheim
Judge of U.S. District Court

GP:912111 v1